**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

JUN 5 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-1662 |
| Plaintiff - Appellee, | D.C. No. 2:15-cr-00332-KJD-NJK-1 |
| v. | |
| DAMIR VUCIC, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Kent J. Dawson, District Judge, Presiding

Submitted May 29, 2024**

Before:    FRIEDLAND, BENNETT, and SANCHEZ, Circuit Judges.

Damir Vucic appeals from the district court's order denying his motion for

early termination of supervised release under 18 U.S.C. § 3583(e)(1).  We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

We need not resolve the parties' dispute over whether this appeal is barred

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

by the appeal waiver in Vucic's plea agreement because, even assuming that the waiver does not apply, Vucic has not shown he is entitled to relief.

Contrary to Vucic's contention, the district court expressly considered his arguments, including his substantial compliance while on supervision and his difficulty finding employment. The court concluded that early termination was nonetheless unwarranted in light of Vucic's delinquent restitution payments, the probation officer's assessment of his personal life as unstable, and the nature and circumstances of the underlying armed robbery offense. The court sufficiently explained its reasons for denying Vucic's motion and did not abuse its broad discretion in denying relief. *See* 18 U.S.C. § 3583(e)(1); *United States v. Emmett*, 749 F.3d 817, 819-21 (9th Cir. 2014).

**AFFIRMED.**